**U.S. Department of Justice**

*Eastern District of California*
*United States Attorney*
McGregor W. Scott
United States Attorney

501 I Street, Suite 10-100      916/554-2700

Sacramento, California 95814      Fax 916/554-2900
     TTY 916/554-2855

December 12, 2005

Honorable Dale A. Drozd
U. S. Magistrate Judge
501 I Street
Sacramento, California 95814

     Re:    United States v. Jerold James Werner
           Magistrate # 03-003-DAD
           <u>Unlawful Flight to Avoid Prosecution</u>

Dear Magistrate Drozd:

     There was filed before you, on January 10, 2003, a complaint for unlawful flight to avoid prosecution.

     We have been notified by the Federal Bureau of Investigation that the subject was located and arrested in Siskiyou County, California, and is in the custody of local authorities.

     Therefore, we respectfully request that the complaint be dismissed and the warrant recalled.

                             Very truly yours,

                             McGREGOR W. SCOTT
                             United States Attorney


                             By /S/ THOMAS E. FLYNN
                                 THOMAS E. FLYNN
                             Assistant U.S. Attorney


IT IS SO ORDERED:

DATED: December 13, 2005.

                             /s/ Dale A. Drozd
                             DALE A. DROZD
Ddad1/orders.criminal/werner003.ord    UNITED STATES MAGISTRATE JUDGE

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | MAGISTRATE NO. 03-003-DAD |
| | ) | |
| v. | ) | |
| | ) | |
| JEROLD JAMES WERNER | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

That on December 7, 2005 she served a copy of the attached:

Motion to Dismiss; Proposed Order

by placing said copy into the interoffice mail.

       Federal Defender's Office

       United States Marshal's Office


                              /S/ Patsy Silva
                              Patsy Silva